```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| FACTS, Management Co., A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3190 |
| v. | ) ) | |
| OPTIONC, Inc., A New York Corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

The plaintiff initiated this lawsuit by filing its complaint on August 1, 2006. More than 120 days have passed since the complaint was filed, yet the plaintiff has filed no proof of service as required under Federal Rule of Civil Procedure 4(l), and there has been no entry of appearance or filing made on behalf of the defendant.

IT THEREFORE HEREBY IS ORDERED: The plaintiff is given until January 19, 2007 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

DATED this 8th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge