IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FACTS MANAGEMENT CO., | ) | 4:06CV3190 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AMENDED JUDGMENT** |
| | ) | |
| OPTION C, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 14) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice, with each party to bear its own costs.

April 2, 2007.                BY THE COURT:

                  s/ *Richard G. Kopf*
                  United States District Judge